**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* RIBIK, SLOUGH, *and* CARSON<br><br>Plaintiffs,<br><br>v.<br><br>HCR MANORCARE INC, MANOR CARE INC, HCR MANORCARE SERVICES LLC, and HEARTLAND EMPLOYMENT SERVICES LLC,<br><br>Defendants. | ) | CIVIL ACTION NUMBERS:<br>1:09cv13 (CMH/TCB)<br>1:14cv1228 (CMH/TCB)<br>1:11cv1054 (CMH/TCB) |

**ORDER**

This matter is before the Court on the United States' Motion to Dismiss. It is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that all claims in the United States' Consolidated Complaint In Intervention, Dkt. 09-cv-13 No. 84; Relator Christine Ribik's Amended Complaint, Dkt. 09-cv-13 No. 23; and Relator Marie Slough's Complaint, Dkt. 14-cv-1228 No. 1, are dismissed with prejudice.

It is FURTHER ORDERED that the United States and Defendants HCR ManorCare, Inc., Manor Care, Inc., HCR ManorCare Services, LLC, and Heartland Employment Services, LLC, and Relators shall each bear their own costs and fees in connection with the litigation of this action.

It is so ORDERED.

ENTERED this 27th day of November, 2017

Claude M. Hilton
United States District Judge